UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHUFENG ZHOU,

    Plaintiff,

v.                                                             Case No: 8:16-cv-3104-T-23JSS

JUDY GENSHAFT, CHARLES J.
LOCKWOOD, KEVIN B. SNEED, JOHN
S. CURRAN and UNIVERSITY OF
SOUTH FLORIDA,

    Defendants.
_____/

**ORDER OF RECUSAL**

THIS MATTER is before the Court sua sponte.  Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies herself because of her familiarity with a named party, from which her impartiality might reasonably be questioned.  Accordingly, it is **ORDERED** that the undersigned is recused from this case.  The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Tampa, Florida, on November 7, 2016.

                                                             JULIE S. SNEED
                                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party